# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15CR0382-H |
| Plaintiff, | Booking No. 47888-198 |
| v. | JUDGMENT AND ORDER OF DISMISSAL |
| ISAI CONSTANTINO-ORNELAS (1), | |
| Defendant. | |

Based upon the motion of the United States, the Court grants the government's motion to dismiss without prejudice the Indictment in the above entitled case against defendant Isai Constantino-Ornelas. The defendant is hereby discharged as to this case only.

IT IS SO ORDERED AND ADJUDGED.

Dated:  August 3, 2015

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE